| | | | | |
|---|---|---|---|---|
| Forsythe v. District of Columbia | 15–CT–443 | 03/08/2017 | Affirmed | Epps, Magistrate Judge and Jackson, Associate Judge |
| Debose v. Brown | 15–CV–43 | 03/08/2017 | Reversed and remanded | Clark |